AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: 3:24-mj-00527 | Date and time warrant executed: August 9, 2024 3:36pm | Copy of warrant and inventory left with: Office |
|---|---|---|

Inventory made in the presence of : Inspector Rossiter

Inventory of the property taken and name of any person(s) seized:

Narcotics Recovered: approx. 1lb 1oz of a green leafy material suspected to marijuana

Non Narcotic Items recovered: Box, bubble wrap and plastic container

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: August 9, 2024

*Sean C. Humphrey*
*Executing officer's signature*

Sean C. Humphrey/TFO USPIS
*Printed name and title*